**FILE COPY**



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

August 11, 2015

Danny Shead
6902 Estacado Ln.
Amarillo, TX 79109

Warren L. Clark
Asst. Criminal District Attorney
Randall County Justice Center
2309 Russell Long Blvd., Suite 120
Canyon, TX 79015
* DELIVERED VIA E-MAIL *

**RE:**   Case Numbers:  07-15-00164-CV, 07-15-00165-CV, 07-15-00166-CV
Trial Court Case Numbers: 8460-B, 8461-B, 19154-B

**Style:** Danny Shead v. The State of Texas

Dear Mr. Shead and Counsel:

The Court this day issued an opinion and judgment in the captioned causes. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:    Honorable John B. Board (DELIVERED VIA E-MAIL)
Jo Carter (DELIVERED VIA E-MAIL)